MARGARET KEANE, as Administratrix of the Estate of JOHN KEANE, Deceased, Respondent, *v.* NINTH AVENUE RAILROAD COMPANY, Appellant, Impleaded with. Another.

*Negligence — railroads — streets — pedestrian killed by street car while crossing tracks at street corner.*

*Keane* v. *Ninth Ave. R. R. Co.,* 222 App. Div. 663, affirmed.

(Argued February 20, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 25, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been caused through the negligence of defendant. Intestate while crossing Amsterdam avenue at Ninetysixth street in the city of New York was struck by one of defendant-appellant's south-bound cars and received injuries from which he died.

*William J. Curtin* and *Michel Kirtland* for appellant.

*Milton Speiser* and *Joseph Speiser,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.